**DISMISS; and Opinion Filed February 27, 2014.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01663-CR

### EX PARTE BRIAN CLONINGER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90036-V**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

Appellant is charged by indictment with injury to a child resulting in serious bodily injury. *See* TEX. PENAL CODE ANN. § 22.04(a) (West 2011). Bond was initially set at $2,282,000. After a series of hearings, the trial court set appellant's bond at $500,000 cash or $2,500,000 surety. Appellant filed a pretrial "application for writ of habeas corpus" seeking bail reduction, arguing the bail is excessive pursuant to Texas Code of Criminal Procedure article 17.151. After a hearing, the trial court ordered appellant's bail would continue at $500,000. This appeal followed.

In two issues, appellant asserts the trial court abused its discretion by denying the bail reduction because the amount set is excessive and oppressive in violation of the Texas Code of Criminal Procedure and the United States and Texas Constitutions. On February 5, 2014, the

Texas Court of Criminal Appeals held there is no constitutional or statutory authority granting the courts of appeals jurisdiction to review interlocutory appeals regarding excessive bail or the denial of bail. *Ragston v. State*, No. PD-0824-13, 2014 WL 440964 (Tex. Crim. App. Feb. 5, 2014). Accordingly, we lack jurisdiction to consider appellant's interlocutory appeal of the trial court's ruling on his pretrial motion for bail reduction. *Id.*

We dismiss this appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

131663F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE BRIAN CLONINGER

No. 05-13-01663-CR

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. WX13-90036-V.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Lewis participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 27th day of February, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE